UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4547
(1:24-cr-00180-PTG-2)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

RYAN MACAULAY

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:24-cr-00180-PTG-2 |
| Date notice of appeal filed in originating court: | 10/09/2025 |
| Appellant(s) | Ryan Macaulay |
| Appellate Case Number | 25-4547 |
| Case Manager | K. Stump<br>804-916-2702 |